AO 450 (Rev. 01/09) Judgment in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

MAR 0 6 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| Rudy Duarte | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:20-CV-00045-OLG |
| Wells Fargo Bank, N.A. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   IT IS THEREFORE ORDERED that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (docket no. 4) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE. The case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Orlando L. Garcia

Date:   03/06/2020



CLERK OF COURT   JEANNETTE J. CLACK

*Breana Coldemuy*

*Signature of Clerk or Deputy Clerk*